**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RAFAEL E. PEREZ, individually and on behalf of all others similarly situated, | Case No. 23-cv-769 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| TARGET CORPORATION, BRIAN C. CORNELL, MICHAEL J. FIDDELKE, and A. CHRISTINA HENNINGTON, | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulation Extending Time to Respond to Complaint ("Stipulation"), ECF No. 13.  Based on the parties' Stipulation, **IT IS HEREBY ORDERED** that:

1.   Counsel for Defendants Target Corporation, Brian C. Cornell, Michael J. Fiddelke, and A. Christina Hennington accepts service of the Complaint on their behalf.

2.   Defendants shall not be required to answer or otherwise respond to the Complaint at this time.

3.   After the appointment of a lead plaintiff pursuant 15 U.S.C. § 78u-4(a)(3)(B), the parties shall promptly meet and confer in good faith about a proposed schedule for the filing of an amended complaint or the designation of an operative complaint, and the time for Defendants to answer or otherwise respond to that pleading.   Absent further order of the Court, the parties shall submit a joint stipulation with a proposed schedule **no later than 14 days** following the appointment of a lead plaintiff.

Date: April___26___, 2023          _____*s/ Tony N. Leung*_____
                                                    Tony N. Leung
                                                    United States Magistrate Judge