UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rafael E. Perez,
*individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

Target Corporation,
Brian C. Cornell,
Michael J. Fiddelke, and
A. Christina Hennington,

      Defendants.

Case No. 23-cv-769 (PJS/TNL)

**ORDER**

This matter comes before the Court on the parties' Joint Scheduling Stipulation, ECF No. 57. Having reviewed the Joint Scheduling Stipulation, and in consultation with the chambers of the presiding district judge, the Honorable Patrick J. Schiltz, Chief District Judge for the United States District Court for the District of Minnesota, **IT IS HEREBY ORDERED** that:

1. The parties' Joint Scheduling Stipulation, ECF No. 57, is **GRANTED IN PART** and **DENIED IN PART**.

2. Plaintiff shall file an amended complaint on or before **October 30, 2023**.

3. Defendants shall file a motion to dismiss or otherwise respond to the amended complaint on or before **January 22, 2024**.

4. If Defendants file a motion to dismiss, Plaintiff shall file any opposition to the motion to dismiss on or before **March 4, 2024**.

1

5.	If Plaintiff files an opposition to the motion to dismiss, Defendants shall file any reply to the opposition on or before **April 15, 2024**.

6.	Chief Judge Schiltz will hold a hearing on any motion to dismiss no later than May 3, 2024.  The available hearing dates are: April 24, April 26, April 29, May 1, and May 3, 2024.  Any hearing will take place before Chief Judge Schiltz at 8:30 a.m. in Courtroom 15 of the Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.  **Within seven days from the date of this Order, the parties shall have met and conferred and contacted Chief Judge Schiltz's Courtroom Deputy at (612) 664-5483 with their hearing-date selection.**

Dated: August  31 , 2023

　　　　　　　　　　　　　　　　　　　*s/ Tony N. Leung*
　　　　　　　　　　　　　　　　　　　Tony N. Leung
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　District of Minnesota


　　　　　　　　　　　　　　　　　　　*Perez v. Target Corp. et al.*
　　　　　　　　　　　　　　　　　　　Case No. 23-cv-769 (PJS/TNL)