**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

RAFAEL E. PEREZ, individually and on
behalf of all others similarly situated,

*Plaintiffs*,

v.

Case No. 0:23-cv-00769-JMB-TNL

TARGET CORPORATION, BRIAN C.
CORNELL, MICHAEL J. FIDDELKE, A.
CHRISTINA HENNINGTON, and JOHN
J. MULLIGAN

*Defendants*.

**DECLARATION OF ALEXANDER J. RODNEY
IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Alexander J. Rodney, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner with the law firm of Kirkland & Ellis LLP.  My firm represents Defendants Target Corporation, Brian C. Cornell, Michael J. Fiddelke, A. Christina Hennington, and John J. Mulligan (collectively, "Defendants") in the above-captioned action.  I am a member in good standing of the Bar of the State of New York.  This Court granted my application to appear *pro hac vice* in this action on May 2, 2023.  (Dkt. 18.)

2.      I submit this Declaration in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

3.     Attached hereto are true and correct copies of the following exhibits cited in

Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiffs'

Amended Complaint:

| Exhibit | Document |
|---|---|
| A | Target Corp., 2020 Annual Report (Form 10-K) (Mar. 10, 2021), https://www.sec.gov/Archives/edgar/data/27419/000002741921000010/tgt-20210130.htm. |
| B | Target Corp., 2021 Annual Report (Form 10-K) (Mar. 9, 2022), https://www.sec.gov/Archives/edgar/data/27419/000002741922000007/tgt-20220129.htm. |
| C | Target Corp., 2022 Annual Report (Form 10-K) (Mar. 8, 2023), https://www.sec.gov/Archives/edgar/data/27419/000002741923000015/tgt-20230128.htm. |
| D | Q1 2020 Target Corp. Earnings Call, Edited Transcript (May 20, 2020), https://corporate.target.com/getmedia/56e9c6ca-8a04-4a31-983f-e95fdbb70b32/TGT-USQ_Transcript_2020-05-20.pdf. |
| E | Q3 2020 Target Corp. Earnings Call, Edited Transcript (Nov. 18, 2020), https://corporate.target.com/getmedia/cfa3f64e-7457-4668-9622-c4440ec3cc01/TGT-USQ_Transcript_2020-11-18.pdf. |
| F | Target Corp., 2020 Annual Report, Letter to Shareholders (Mar. 10, 2021), https://corporate.target.com/getmedia/df8bcff9-ed96-4b2d-97d1-e8dd318dfe6b/2020-Target-Annual-Report.pdf |
| G | Q1 2021 Target Corp. Earnings Call, Edited Transcript (May 19, 2021), https://corporate.target.com/getmedia/cb12b360-4734-4d73-b5ea-9211e80d7598/TGT-USQ_Transcript_2021-05-19.pdf. |
| H | Q4 2020 Target Corp. Earnings Call, Edited Transcript (Mar. 2, 2021), https://corporate.target.com/getmedia/9547368d-abe9-4999-9f02-f3042569254d/TGT-USQ_Transcript_2021-03-02.pdf. |

| Exhibit | Document |
|---|---|
| I | Q2 2020 Target Corp. Earnings Call, Edited Transcript (Aug. 19, 2020), https://corporate.target.com/getmedia/8366cb77-f887-4064-acf6-c5906f54919d/TGT-USQ_Transcript_2020-08-19.pdf. |
| J | Target Corp., Q3 2020 Quarterly Report (Form 10-Q) (Nov. 25, 2020), https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/0000027419/000002741920000034/tgt-20201031.htm. |
| K | Chart of Target's HHGs Quarterly and Annual Sales for Fiscal Years 2019 to 2021. |
| L | Target Corp., Q3 2021 Quarterly Report (Form 10-Q) (Nov. 24, 2021), https://www.sec.gov/Archives/edgar/data/27419/000002741921000034/tgt-20211030.htm. |
| M | Q3 2021 Target Corp. Earnings Call, Edited Transcript (Nov. 17, 2021), https://corporate.target.com/getmedia/7d16ec9f-f2e7-4283-afb1-146d38f77194/TGT-USQ_Transcript_2021-11-17.pdf. |
| N | Q4 2021 Target Corp. Earnings Call, Edited Transcript (Mar. 1, 2022), https://corporate.target.com/getmedia/8a708d02-96b3-429e-a54c-14b0d9590658/TGT-USQ_Transcript_2022-03-01.pdf. |
| O | Q1 2022 Target Corp. Earnings Call, Edited Transcript (May 18, 2022), https://corporate.target.com/getmedia/a5700788-7894-4cdf-a7c8-5b8604b1e68a/TGT-USQ_Transcript_2022-05-18.pdf. |
| P | Target Corporation Reports First Quarter Earnings (May 19, 2021), https://targetcorpwebsiteprod.blob.core.windows.net/media/files/targetcorp/documents/2021/pdf/financial%20release/target-corporation-reports-first-quarter-earnings-1.pdf. |
| Q | Target Corp., Q1 2020 Quarterly Report (Form 10-Q) (May 29, 2020), https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/0000027419/000002741920000014/tgt-20200502.htm. |
| R | Walmart Releases Q1 FY23 Earnings (May 17, 2022), https://corporate.walmart.com/content/dam/corporate/documents/press-center/walmart-releases-q1-fy23-earnings/earnings-release-fy23-q199.pdf. |

| Exhibit | Document |
|---|---|
| S | Q1 2023 Walmart Earnings Call (May 17, 2022), https://s201.q4cdn.com/262069030/files/doc_financials/2023/q1/1Q23-Transcript.pdf. |
| T | Walmart's Historical Stock Price Data from May 16, 2022 to May 20, 2022, sourced from S&P Capital IQ. |
| U | Chart of Defendants' Stock Sales. |
| V | Target Corp., Compilation of Fiddelke Statement of Changes in Beneficial Ownership (Forms 4) (May 20, 2021 to Apr. 5, 2022). |
| W | Target Corp., Compilation of Hennington Statement of Changes in Beneficial Ownership (Forms 4) (Aug. 20, 2020 to Apr. 5, 2022). |
| X | Target Corp., Compilation of Cornell Statement of Changes in Beneficial Ownership (Forms 4) (Apr. 9, 2020 to Mar. 8, 2023). |
| Y | Target Corp., 2022 Proxy Statement and Notice of Annual Meeting of Shareholders (Form DEF 14A) (Apr. 25, 2022), https://www.sec.gov/Archives/edgar/data/27419/000130817922000265/ltgt2022_def14a.htm. |
| Z | Target Corp., 2021 Proxy Statement and Notice of Annual Meeting of Shareholders (Form DEF 14A) (Apr. 26, 2021), https://www.sec.gov/Archives/edgar/data/27419/000130817921000258/ltgt2021_def14a.htm. |
| AA | Target Corp., Q1 2019 Quarterly Report (Form 10-Q) (May 31, 2019), https://www.sec.gov/Archives/edgar/data/27419/000002741919000013/tgt-20190504x10xq.htm. |
| BB | Target Corp., Q2 2019 Quarterly Report (Form 10-Q) (Aug. 30, 2019), https://www.sec.gov/Archives/edgar/data/27419/000002741919000021/tgt-20190803x10xq.htm. |
| CC | Target Corp., Q3 2019 Quarterly Report (Form 10-Q) (Nov. 27, 2019), https://www.sec.gov/Archives/edgar/data/27419/000002741919000026/tgt-20191102x10xq.htm. |

| Exhibit | Document |
|---------|----------|
| DD | Target Corp., 2019 Annual Report (Form 10-K) (Mar. 11, 2020), https://www.sec.gov/Archives/edgar/data/27419/000002741920000008/tgt-20200201.htm. |
| EE | Target Corp., Q2 2020 Quarterly Report (Form 10-Q) (Aug. 28, 2020), https://www.sec.gov/Archives/edgar/data/27419/000002741920000008/tgt-20200201.htm. |
| FF | Target Corp., Q1 2021 Quarterly Report (Form 10-Q) (May 28, 2021), https://www.sec.gov/Archives/edgar/data/27419/000002741921000017/tgt-20210501.htm. |
| GG | Target Corp., Q2 2021 Quarterly Report (Form 10-Q) (Aug. 27, 2021), https://www.sec.gov/Archives/edgar/data/27419/000002741921000026/tgt-20210731.htm. |

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed:  New York, New York
         March 8, 2024             /s/ Alexander J. Rodney

                                      Alexander J. Rodney (*pro hac vice*)
                                      KIRKLAND & ELLIS LLP
                                      601 Lexington Avenue
                                      New York, NY 10022
                                      Telephone: (212) 446-4779
                                      alexander.rodney@kirkland.com

                                      *Counsel for Defendants*