# EXHIBIT K

## Exhibit K - Target's Audited HHGs Quarterly Sales

### Hardline Goods[i]

| | Q1 | Q2 | Q3 | Q4 | Full Year |
|---|---|---|---|---|---|
| FY 2019 | $2.385[ii] | $2.503[iii] | $2.460[iv] | $5.247[v] | $12.595[vi] |
| FY 2020 | $2.974[vii] | $3.608[viii] | $3.377[ix] | $6.667[x] | $16.626[xi] |
| FY 2021 | $3.946[xii] | $3.867[xiii] | $3.841[xiv] | $6.960[xv] | $18.614[xvi] |

### Home Goods

| | Q1 | Q2 | Q3 | Q4 | Full Year |
|---|---|---|---|---|---|
| FY 2019 | $3.001 | $3.457 | $3.527 | $4.445 | $14.430 |
| FY 2020 | $3.264 | $4.625 | $4.506 | $5.836 | $18.231 |
| FY 2021 | $4.410 | $4.748 | $4.989 | $6.108 | $20.255 |

[i] Figures are in billions. Sales revenue for the first, second, and third quarter of each fiscal year is reported in each quarter's respective quarterly report (Form 10-Q) as cited below. Total sales revenue for the full fiscal year is reported in each fiscal year's respective annual report (Form 10-K). Sales revenue for the fourth quarter is not independently reported but can be determined based on the difference between sales revenue for the full fiscal year sales (as reported in each annual report) and the combined sales revenue for the first three quarters (as reported in each third quarter report). Citations for each quarter contain sales revenue for hardline goods and home goods.

[ii] Q1 2019 Form 10-Q (Ex. AA) at 7.

[iii] Q2 2019 Form 10-Q (Ex. BB) at 7.

[iv] Q3 2019 Form 10-Q (Ex. CC) at 7.

[v] For hardline goods, *compare* 2019 Annual Report (Ex. DD) at 40 ($12.595) *with* Q3 2019 Form 10-Q (Ex. CC) at 7 ($7.348 for 9 months ended Nov. 2, 2019), a difference of $5.247.  For home goods, *compare* 2019 Annual Report at 40 (Ex. DD) ($14.430) *with* Q3 2019 Form 10-Q (Ex. CC) at 7 ($9.985 for 9 months ended Nov. 2, 2019), a difference of $4.445.

[vi] 2019 Annual Report (Ex. DD) at 40.

[vii] Q1 2020 Form 10-Q (Ex. Q) at 9.

[viii] Q2 2020 Form 10-Q (Ex. EE) at 9.

[ix] Q3 2020 Form 10-Q (Ex. J) at 9.

[x] For hardline goods, *compare* 2020 Annual Report (Ex. A) at 40 ($16.626) *with* Q3 2020 Form 10-Q (Ex. J) at 7 ($9.959 for 9 months ended Oct. 31, 2020), a difference of $6.667.  For home goods, *compare* 2020 Annual Report (Ex. A) at 40 ($18.231) *with* Q3 2020 Form 10-Q (Ex. J) at 7 ($12.395 for 9 months ended Oct. 31, 2020), a difference of $5.836.

[xi] 2020 Annual Report (Ex. A) at 41.

[xii] Q1 2021 Form 10-Q (Ex. FF) at 9.

[xiii] Q2 2021 Form 10-Q (Ex. GG) at 9.

[xiv] Q3 2021 Form 10-Q (Ex. L) at 9.

[xv] For hardline goods, *compare* 2021 Annual Report at (Ex. B) 40 ($18.614) *with* Q3 2021 Form 10-Q (Ex. L) at 7 ($11.654 for 9 months ended Oct. 30, 2021), a difference of $6.960.  For home goods, *compare* 2021 Annual Report (Ex. B) at 40 ($20.255) *with* Q3 2021 Form 10-Q (Ex. L) at 7 ($14.147 for 9 months ended Oct. 30, 2021), a difference of $6.108.

[xvi] 2021 Annual Report (Ex. B) at 44.

2