# EXHIBIT T

| Walmart Inc. Stock Price - May 16, 2022 - May 19, 2022 | | |
|---|---|---|
| Date | Opening Price | Closing Pricing |
| May-16-2022 | $49.40 | $49.79 |
| May-17-2022 | $43.78 | $45.48 |
| May-18-2022 | $40.81 | $42.68 |
| May-19-2022 | $39.69 | $40.29 |

Source: S&P Capital IQ