# EXHIBIT U

# Exhibit U – Chart of Defendants' Stock Sales

## Brian Cornell's Trading History During Class Period[1]

(November 17, 2021–May 18, 2022)

| Date | Shares Held | Shares Disposed | Shares Acquired | Percent Change | Shares Remaining | Source (Exhibit X) |
|---|---|---|---|---|---|---|
| **Beginning of Class Period (11/17/21)** | 384,808 | | | | 384,808 | Dec. 6, 2021 Form 4 at Table I, Entry 2 & 9 |
| **12/2/2021** | | -1,500 | | -0.39% | 383,308 | Dec. 6, 2021 Form 4 at Table I, Entry 3 |
| **12/2/2021** | | -4,066 | | -1.06% | 379,242 | Dec. 6, 2021 Form 4 at Table I, Entry 4 |
| **12/2/2021** | | -5,900 | | -1.56% | 373,342 | Dec. 6, 2021 Form 4 at Table I, Entry 5 |
| **12/2/2021** | | -9,234 | | -2.47% | 364,108 | Dec. 6, 2021 Form 4 at Table I, Entry 6 |
| **12/2/2021** | | -9,300 | | -2.55% | 354,808 | Dec. 6, 2021 Form 4 at Table I, Entry 7 |
| **12/8/2021** | | -4,100 | | -1.16% | 350,708 | Mar. 11, 2022 Form 4 at Table I, Entry 5 |
| **3/9/2022** | | | +29,052 | 8.39% | 380,139 | Mar. 11, 2022 Form 4 at Table I, Entry 1 |
| **3/9/2022** | | | +19,398 | 5.10% | 399,537 | Mar. 11, 2022 Form 4 at Table I, Entry 2 |
| **3/9/2022** | | -30,183 | | -7.55% | 369,354 | Mar. 11, 2022 Form 4 at Table I, Entry 3 |
| **3/10/2022** | | -128 | | 0.11% | 369,774 | Mar. 11, 2022 Form 4 at Table I, Entry 4 |
| **3/16/2022** | | -100 | | -0.03% | 369,674 | Mar. 17, 2022 Form 4 at Table I, Entry 1 |
| **3/16/2022** | | -1,500 | | -0.41% | 368,174 | Mar. 17, 2022 Form 4 at Table I, Entry 2 |
| **3/16/2022** | | -1,600 | | -0.43% | 366,574 | Mar. 17, 2022 Form 4 at Table I, Entry 3 |
| **3/16/2022** | | -3,609 | | -0.98% | 362,965 | Mar. 17, 2022 Form 4 at Table I, Entry 4 |
| **3/16/2022** | | -5,600 | | -1.54% | 357,365 | Mar. 17, 2022 Form 4 at Table I, Entry 5 |
| **3/16/2022** | | -5,891 | | -1.65% | 351,474 | Mar. 17, 2022 Form 4 at Table I, Entry 6 |
| **3/16/2022** | | -11,700 | | -3.33% | 339,774 | Mar. 17, 2022 Form 4 at Table I, Entry 7 |
| **4/5/2022** | | | +169,177 | 49.79% | 508,951 | Apr. 7, 2022 Form 4 at Table I, Entry 1 |

---

[1] The "Shares Held" at the "Beginning of Class Period" and "End of Class Period," "Percent Change," and "Shares Remaining" after a sale ("Shares Disposed") or acquisition ("Shares Acquired") were calculated based on the sum of Cornell's direct and indirect holdings. The indirect holdings reflect shares to a revocable living trust, of which Cornell is a trustee and has a beneficial interest.

| Date | Shares Held | Shares Disposed | Shares Acquired | Percent Change | Shares Remaining | Source (Exhibit X) |
|---|---|---|---|---|---|---|
| **4/5/2022** | | -71,899 | | -14.13% | 437,052 | Apr. 7, 2022 Form 4 at Table I, Entry 2 |
| **5/10/2022** | | -139,905 | | -32.01% | 297,147 | Mar. 10, 2023 Form 4 at Table I, Entry 1 |
| **5/10/2022** | | | +139,905 | 47.08% | 437,052 | Mar. 10, 2023 Form 4 at Table I, Entry 9 |
| **End of Class Period (5/18/22)** | 437,052 | | | +13.58% | Total Increase: 52,244 | Mar. 10, 2023 Form 4 at Table I, Entry 1 & 9 |

### Christina Hennington's Trading History During Class Period[2]

(November 17, 2021–May 18, 2022)

| Date | Shares Held | Shares Disposed | Shares Acquired | Percent Change | Shares Remaining | Source (Exhibit W) |
|---|---|---|---|---|---|---|
| Beginning of Class Period (11/17/21) | 23,809 | | | | 23,809 | Nov. 22, 2021 Form 4 at Table I, Entry 2 |
| 11/19/2021 | | -4,173 | | -17.53% | 19,636 | Nov. 22, 2021 Form 4 at Table I, Entry 2 |
| 3/9/2022 | | | +3,395 | +17.46% | 23,064 | Mar. 11, 2022 Form 4 at Table I, Entry 1 |
| 3/14/2022 | | -297 | | -1.12% | 22,805 | Mar. 16, 2022 Form 4 at Table I, Entry 1 |
| 3/14/2022 | | -382 | | -1.68% | 22,423 | Mar. 16, 2022 Form 4 at Table I, Entry 2 |
| 4/5/2022 | | | +6,389 | +28.49% | 28,812 | Apr. 7, 2022 Form 4 at Table I, Entry 1 |
| 4/5/2022 | | -2,658 | | -9.23% | 26,154 | Apr. 7, 2022 Form 4 at Table I, Entry 2 |
| End of Class Period (5/18/22) | 26,154 | | | +9.85% | Total Increase: 2,345 | Apr. 7, 2022 Form 4 at Table I, Entry 2 |

---

[2] The "Shares Held" at the "Beginning of Class Period" and "End of Class Period," "Percent Change," and "Shares Remaining" after a sale ("Shares Disposed") or acquisition ("Shares Acquired") were calculated based on Hennington's direct share holdings. The total shares above exclude 419 shares held in Hennington's 401k plan.

### Michael Fiddelke's Trading History During Class Period[3]

(November 17, 2021–May 18, 2022)

| Date | Shares Held | Shares Disposed | Shares Acquired | Percent Change | Shares Remaining | Source (Exhibit V) |
|---|---|---|---|---|---|---|
| Beginning of Class Period (11/17/21) | 32,507 | | | | 32,507 | May 21, 2021 Form 4 at Table I, Entry 1 |
| 3/9/2022 | | | +4,157 | 13.21% | 36,802 | Mar. 11, 2022 Form 4 at Table I, Entry 1 |
| 3/9/2022 | | | +813 | 2.21% | 37,615 | Mar. 11, 2022 Form 4 at Table I, Entry 2 |
| 3/9/2022 | | -622 | | -1.65% | 36,993 | Mar. 11, 2022 Form 4 at Table I, Entry 3 |
| 3/10/2022 | | -5 | | 0.15% | 37,048 | Mar. 11, 2022 Form 4 at Table I, Entry 4 |
| 3/14/2022 | | -442 | | -1.19% | 36,606 | Mar. 16, 2022 Form 4 at Table I, Entry 1 |
| 3/14/2022 | | -476 | | -1.37% | 36,103 | Mar. 16, 2022 Form 4 at Table I, Entry 2 |
| 4/4/2022 | | -5,000 | | -13.77% | 31,130 | Apr. 5, 2022 Form 4 at Table I, Entry 1 |
| 4/5/2022 | | | +10,057 | 32.31% | 41,187 | Apr. 7, 2022 Form 4 at Table I, Entry 1 |
| 4/5/2022 | | -4,587 | | -11.14% | 36,600 | Apr. 7, 2022 Form 4 at Table I, Entry 2 |
| End of Class Period (5/18/22) | 36,600 | | | +12.59% | Total Increase: 4,093 | Apr. 7, 2022 Form 4 at Table I, Entry 2 |

---

[3] The "Shares Held" at the "Beginning of Class Period" and "End of Class Period," "Percent Change," and "Shares Remaining" after a sale ("Shares Disposed") or acquisition ("Shares Acquired") were calculated based on Fiddelke's direct share holdings.

**Notable Sales Prior to Class Period**

**Brian Cornell**

| Date | Shares Disposed | Percent of Holding | Ownership Form | Shares Remaining | Source (Exhibit X) |
|---|---|---|---|---|---|
| 3/3/2021 | -93,364 | 41.71% | Direct | 130,465 | Mar. 5, 2021 Form 4 at Table I, Entry 1 |
| 5/11/2020 | -110,000 | 34.54% | Direct | 208,502 | May 13, 2020 Form 4 at Table I, Entry 1 |

**Christina Hennington**

| Date | Shares Disposed | Percent of Holding | Shares Remaining | Source (Exhibit W) |
|---|---|---|---|---|
| 8/20/2020 | -3,564 | 16.19% | 18,455 | Sept. 21, 2020 Form 4 at Table I, Entry 2 |

**Michael Fiddelke**

| Date | Shares Disposed | Percent of Holding | Shares Remaining | Source (Exhibit V) |
|---|---|---|---|---|
| 5/20/2021 | -5,265 | 13.96% | 32,507 | May 21, 2021 Form 4 at Table I, Entry 1 |