## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RAFAEL E. PEREZ, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, BRIAN C. CORNELL, MICHAEL J. FIDDELKE, A. CHRISTINA HENNINGTON, AND JOHN J. MULLIGAN,<br><br>     Defendants. | Case No. 0:23-cv-00769-JMB-TNL |

## LOCAL RULE 7.1 CERTIFICATE OF
## WORD-COUNT COMPLIANCE

I, Shannon L. Hopkins, hereby certify that Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint complies with Local Rule 7.1(f) and (h).

I further certify that, in preparation of this Memorandum, I used Microsoft® Office Word 365 and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 17,996 words, exclusive of the caption, table of contents, table of authorities, and signature block.

DATED:  May 3, 2024                       By: */s/   Carl V. Malmstrom___*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom (#0391908)
111 West Jackson
Suite 1700
Chicago, IL 60604
Tel.: (312) 984-0000
malmstrom@whafh.com

*Local Counsel*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
(State of Connecticut Juris No. 435545)
Gregory M. Potrepka (admitted *pro hac vice*)
(State of Connecticut Juris No. 437326)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Attorneys for Lead Plaintiff Terry and Diane Van Der Tuuk Living Trust and Lead Counsel for the Proposed Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (pro hac vice forthcoming)
(State of New York Registration No. 4161352)
Jonathan D. Park (pro hac vice forthcoming)
(State of New York Registration No. 5371059)
600 Third Avenue
New York, New York 10016
Tel: (212) 661-1100
jlieberman@pomlaw.com
jpark@pomlaw.com

*Counsel for Additional Plaintiffs Chester Zoll and John W. Zlatic and the Proposed Class*

**PORTNOY LAW FIRM**
Lesley F. Portnoy
(State of New York Registration No. 4832903)
1800 Century Park East, Suite 600
Los Angeles, California 90067
Tel: (310) 692-8883
lesley@portnoylaw.com

*Counsel for Additional Plaintiffs Chester Zoll and John W. Zlatic*