**ANNEX B[1] – CHART OF ALLEGED MISSTATEMENTS EXACTLY AS SET OUT IN THE AC[2]**

| CATEGORY 1: DEMAND WARNINGS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
| 1 | **Target** | "The Q3 2021 Form 10-Q also incorporated by reference statements as to purported risk factors, which had been outlined in Target's Form 10-K filed with the SEC on March 10, 2021. Through these statements, Target purported to warn investors of the purported risk that Target's business could be materially impacted if Defendants failed accurate manage its inventory according to consumer demand and preferences: *If we do not anticipate and respond quickly to changing consumer preferences, our sales and profitability could suffer. A large part of our business is dependent on our ability to make trend-right decisions and effectively manage our inventory in a broad range of merchandise categories, including apparel, accessories, home décor, electronics, toys, seasonal offerings, food, and others. If we do not obtain accurate and relevant data on guest preferences, predict and quickly respond to changing consumer tastes, preferences, spending patterns and other lifestyle decisions, emphasize the correct categories, implement competitive and effective pricing and promotion strategies, or personalize our offerings to our guests, we may experience lost sales, spoilage, and increased inventory markdowns, which could adversely affect our results of operations*." | 94 | **Business Model** | **X** | **X** | | |

---

[1]  Annex A to the MTD organized the 20 alleged misstatements into six categories, consistent with the PSLRA's prescriptions.  (Dkt.83-1.)  In their Opposition, Plaintiffs grouped the 20 alleged misstatements into three higher-level categories.  (Dkt.91.)  To assist the Court in its review, this Annex B updates Annex A with cross-references to Plaintiffs' three categories.

[2]  The alleged misstatements set forth in the quotation marks are quoted exactly as presented in the AC; all emphases and ellipsis are as they appear in the AC and all internal citations are those that the AC included.  Paragraph 81 of the AC quotes a full paragraph emphasizing three portions. Defendants have categorized and addressed each emphasized portion in the category with which it most aligns.  To provide the Court with the full context of the statement, Defendants have replicated the full paragraph in each respective category and indicated in blue text which portion is addressed in that category.

| CATEGORY 1: DEMAND WARNINGS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
| 2 | **Target** | "The 2021 Form 10-K also purported to warn investors of the risk that Target's business could be negatively impacted if the Company failed to adapt to changing consumer buying behaviors:<br><br>*If we do not anticipate and respond quickly to changing consumer preferences, our sales and profitability could suffer*. A large part of our business is dependent on our ability to make trend-right decisions and effectively manage our inventory in a broad range of merchandise categories, including apparel, accessories, home décor, electronics, toys, seasonal offerings, food and beverage, and others. *If we do not obtain accurate and relevant data on guest preferences, predict and quickly respond to changing consumer preferences, spending patterns, and other lifestyle decisions, emphasize the correct categories, implement competitive and effective pricing and promotion strategies*, or personalize our offerings to our guests, *we may experience lost sales, spoilage, and increased inventory markdowns, which could adversely affect our results of operations*. During the COVID-19 pandemic, many guests significantly reduced their spending on dining, travel, lodging, and other leisure activities outside their homes, which may have contributed to our increased sales, particularly for essential items and merchandise associated with guests spending more time at home. *If we are unable to effectively adapt if or when guests increase spending on other categories, it could lead to lower sales and adversely affect our results of operations*."" | 114 | **Business Model** | X | X | | |

2

| CATEGORY 2: INSIGHT STATEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
| 3 | **Hennington** | **"**During the Q3 2021 Earnings Call, Defendant Hennington falsely claimed that Target was using consumer insights to inform its inventory purchasing decisions:<br><br>*We continuously evaluate our guests' mindset, which serves as a North Star for all our strategies and decisions.* We remain laser-focused on their experiences with us and expectations of us. And we strive to build flexibility and agility into our plans to ensure we show up at our best for them during the holidays and all year round.<br><br>\* \* \*<br><br>As John will outline in more detail, *our teams are working diligently to get the right inventory to the right place at the right time*. Doing so has driven some near-term gross margin pressure, appropriate long-term investment in the relationship with our guests. *Bottom line, based on the incredible efforts of our team, we feel good about our inventory levels heading into the holiday season*.**"** | 81 | **Business Model** | **X** | **X** | | **X** |

3

| CATEGORY 2: INSIGHT STATEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
| 4 | **Hennington** | "On the Q4 2021 Earnings Call, Defendant Hennington emphasized purported advantages of Target's durable business model and the Company's ability to understand its customer's wants and needs:<br><br>We have created momentum through unique and innovative strategies, many of which began long before the onset of the pandemic. And ***because of our durable, flexible business model, we have proven we can adapt to any environment***. ***We'll continue to play offense and accelerate these strategies while listening to the everchanging wants and needs of our guests*** to ensure our playbook is a direct reflection of what they have come to expect from Target." | 98 | **Business Model** | X | X | | X |

4

**CATEGORY 3: INVESTMENT STATEMENTS**

| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
|---|---------|-----------|---|---------------------|----------------------|-----------------|-----------------|---------|
| 5 | **Hennington** | "During the Q3 2021 Earnings Call, Defendant Hennington falsely claimed that Target was using consumer insights to inform its inventory purchasing decisions:<br><br>***We continuously evaluate our guests' mindset, which serves as a North Star for all our strategies and decisions.*** We remain laser-focused on their experiences with us and expectations of us. And we strive to build flexibility and agility into our plans to ensure we show up at our best for them during the holidays and all year round.<br>* * *<br>As John will outline in more detail, ***our teams are working diligently to get the right inventory to the right place at the right time.*** Doing so has driven some near-term gross margin pressure, appropriate long-term investment in the relationship with our guests. ***Bottom line, based on the incredible efforts of our team, we feel good about our inventory levels heading into the holiday season.***" | 81 | **Inventory Levels** | X | X | X | X |
| 6 | **Mulligan** | "Later during the same Q3 2021 Earnings Call, Defendant Mulligan reiterated that "while we continue to see some periodic outages across different items and categories, ***we're entering the holidays with a very healthy inventory position overall***."" | 84 | **Inventory Levels** | X | X | X | X |

5

| CATEGORY 3: INVESTMENT STATEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
| 7 | Fiddelke | "Following Defendants' prepared statements, the Q3 2021 Earnings Call turned to Q&A with securities analysts. In response to an analyst query about how inventory levels were affecting the Company's gross margin, Defendant Fiddelke again emphasized Target's ability to purchase and position inventory based on guest expectations:<br><br>Thanks for the question, Michael. As you know, we don't guide margins specifically out into future quarters. But I will say and reiterate what I said in my remarks. *I think you're seeing in the third quarter, the result of some very specific investments we made. And the biggest of those investments is an investment to make sure we've got a great inventory position heading into the fourth quarter. And pulling all the levers within the system to ensure we're there for the guest has been our priority*. And some of those levers, think of expediting product to come at a cost, and you saw some of that in the third quarter.<br><br>But I feel really good about the payoff from an investment decision like that. *We've got inventory of $2 billion north of last year, up almost 20% on a year-over-year basis. And that's fueling the continued top line growth that we see. So I feel really good about the set of investments that we're making and how they have us positioned for the back part of the year*." | 86 | Inventory Levels | X | X | X | X |

6

| CATEGORY 3: INVESTMENT STATEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
| 8 | **Fiddelke** | "In addition to speaking to Yahoo! Finance on March 1, 2022, Defendant Fiddelke gave a similar interview on Bloomberg's "Bloomberg Surveillance" television program. As with the Yahoo! Finance interview, Bloomberg questioned Fiddelke on how Target was navigating supply chain disruptions and inflation:<br><br>Well, as you might expect, it's a situation we monitor really closely and I'll start by just saying our hearts go out to everyone impacted by the situation in Ukraine. I know it weighs heavily on my mind, our Target team and our guests. We're fortunate. We've got the benefit of a really sophisticated supply chain that's navigated a lot of challenges over the last two years. Incredibly well. ***I feel really good about our inventory position today, up 30% to last year. That's a testament to us working through some of those supply chain challenges. So we should be well positioned to start the year.***" | 105 | **Inventory Levels** | X | X | X | X |

| CATEGORY 3: INVESTMENT STATEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
| 9 | **Target** | "In the 2021 Form 10-K, Defendants told investors that Target had "effective inventory management" by purportedly "carefully planning inventory levels," which was "key" to the Company's success in being able to "minimize markdowns": <br><br> Effective inventory management is key to our ongoing success, and we use various techniques including demand forecasting and planning and various forms of replenishment management. *We achieve effective inventory management by* staying in-stock in core product offerings, maintaining positive vendor relationships, *and carefully planning inventory levels for seasonal and apparel items to minimize markdowns.*" | 108 | **Markdowns** | X | X | X | X |

| CATEGORY 4: FLOW STATEMENTS | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
| 10 | **Hennington** | "During the Q3 2021 Earnings Call, Defendant Hennington falsely claimed that Target was using consumer insights to inform its inventory purchasing decisions: *We continuously evaluate our guests' mindset, which serves as a North Star for all our strategies and decisions.* We remain laser-focused on their experiences with us and expectations of us. And we strive to build flexibility and agility into our plans to ensure we show up at our best for them during the holidays and all year round. * * * As John will outline in more detail, *our teams are working diligently to get the right inventory to the right place at the right time.* Doing so has driven some near-term gross margin pressure, appropriate long-term investment in the relationship with our guests. *Bottom line, based on the incredible efforts of our team, we feel good about our inventory levels heading into the holiday season.*" | 81 | **Business Model** | X | X | | X |
| 11 | **Mulligan** | "Similarly during the Q3 2021 Earnings Call, Defendant Mulligan told investors that Target was focused on moving appropriate levels of inventory, particularly during the prime holiday shopping season, and repeated a mantra that Target used in discussing inventory with investors at this time, that "[o]n our supply chain team, *the focus is on moving the right amount of inventory to the right place at the right time*."" | 82 | **Business Model** | X | X | | X |

9

| CATEGORY 4: FLOW STATEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
| 12 | **Mulligan** | "Analysts on the Q4 2021 Earnings Call continued to question Defendants about the capacity Target's stores had to store inventory, with one analyst specifically asking how much inventory "headroom" Target stores had left to be productive. In response, Defendant Mulligan falsely described inventory as "constantly moving through" stores:<br><br>I think the other thing I'd add on is as inventory turns increase with scale, you just push things through faster. ***Speed and flow of inventory is the key to the whole game***, like we were just talking about with Robby. ***And as that happens, we see it in our largest stores, they just move inventory. It's constantly moving through***. It shows up at night. It's out the store the next day. That's capacity. ***You're just moving inventory. So a lot of headroom for growth from that perspective***." | 103 | **Inventory Levels** | X | X | | X |

10

| CATEGORY 5: HISTORIC STATEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking[3] | Opinion/ Reason | Puffery |
| 13 | **Target** | "On November 24, 2021, one week after the Q3 2021 Earnings Call, Target filed a Form 10-Q reporting its financial and operating results for its third quarter (the "Q3 2021 Form 10-Q"), signed by defendant Fiddelke. In the Q3 2021 Form 10-Q, Target claimed that it had been purportedly purchasing "certain" inventory in core categories in advance to offset supply chain pressures:<br><br>Since the onset of the COVID-19 pandemic, we have experienced strong comparable sales growth and significant volatility in our sales category and channel mix, including same-day fulfillment options. Note 4 presents sales by category. ***We have taken various actions, including accelerating purchases of certain merchandise in our core categories*** and, early in the pandemic, slowing or canceling purchase orders, primarily for Apparel and Accessories. As a result, during the quarter ended May 2, 2020, we recorded $216 million of purchase order cancellation fees in Cost of Sales." | 88 | **Business Model; Inventory Levels** | X | | | |

---

[3]    The Historic Statements are not forward-looking but to the extent that Plaintiffs interpret them that way, they are protected by the PSLRA Safe Harbor.

| CATEGORY 5: HISTORIC STATEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking[3] | Opinion/ Reason | Puffery |
| 14 | **Target** | "The Q3 2021 Form 10-Q also discussed Target's gross margin rate for the quarter, and painted a false picture that the Company's inventory position was in fact a positive driver of the gross margin rate when compared to negative drivers such as supply chain issues:<br><br>For the three months ended October 30, 2021, our gross margin rate was 28.0 percent compared with 30.6 percent in the comparable prior-year period. This decrease reflected the net impact of[:]<br>• pressure from higher merchandise and freight costs and higher inventory shrink, ***partially offset by the benefit of historically low promotional and clearance markdown rates***;<br>• supply chain pressure related to increased compensation and headcount in our distribution centers; and<br>• favorable mix in the relative growth rates of higher and lower margin categories." | 90 | **Markdowns** | X | | | |
| 15 | **Target** | "Target's Q3 2021 Form 10-Q also falsely informed investors that the Company's inventory position was built with customer sales trends in mind:<br><br>Inventory was $15.0 billion as of October 30, 2021, compared with $10.7 billion and $12.7 billion at January 30, 2021, and October 31, 2020, respectively. ***The increase over the balance as of October 31, 2020, reflects efforts to align inventory with sales trends***." | 92 | **Business Model** | X | | | |

| CATEGORY 5: HISTORIC STATEMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking[3] | Opinion/ Reason | Puffery |
| 16 | **Target** | "On March 1, 2022, Target announced its fourth quarter earnings for the fiscal year 2021 via both a press release (the "March 1, 2022 Press Release"), which was filed as an exhibit to a Form 8-K filed with the SEC that day, and an earnings call with investment analysts (the "Q4 2021 Earnings Call"). In the March 1, 2022 Press Release, Defendants falsely claimed that Target's gross margin rate for 2021 had purportedly benefitted from a *"favorable category mix"* of inventory and *"lower markdowns*," stating that "[f]ull-year gross margin rate was 28.3 percent, in line with 28.4 percent in 2020, reflecting pressure from increased supply chain, merchandise, and freight costs *largely offset by favorable category mix and lower markdowns*."" | 96 | **Business Model; Markdowns** | X | | | |
| 17 | **Target** | "The 2021 Form 10-K also discussed Target's gross margin rate. In doing so, Target told investors that the Company's inventory position had been a boon for gross margin:<br><br>Our gross margin rate was 28.3 percent in 2021 and 28.4 percent in 2020. This decrease reflected the net impact of[:]<br>• supply chain pressure related to increased compensation and headcount in our distribution centers, partially offset by the small net benefit of a higher percentage of digital sales fulfilled through our lower-cost same-day fulfillment options;<br>• higher merchandise and freight costs partially *offset by historically low promotional and clearance markdown rates*; and<br>• *favorable mix in the relative growth rates of higher and lower margin categories*." | 110 | **Business Model; Markdowns** | X | | | |

13

| CATEGORY 5: HISTORIC STATEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking[3] | Opinion/ Reason | Puffery |
| 18 | **Target** | "Defendants also represented in the 2021 Form 10-K that Target's year-end 2021 inventory was $13.9 billion, compared with $10.7 billion in 2020, noting "*[t]he increase in inventory levels reflect our efforts to align inventory with sales trends*, and elevated in-transit inventory related to import supply chain delays."" | 112 | **Business Model** | X | | | |

| \#  | Speaker | Statement | ¶ | Plaintiffs' Category | Not False/ Misleading | Forward-Looking | Opinion/ Reason | Puffery |
|---|---|---|---|---|---|---|---|---|
| | | **CATEGORY 6: MARKDOWN STATEMENTS** | | | | | | |
| 19 | **Fiddelke** | "Defendant Fiddelke also discussed Target's plans for markdowns in the Company's fiscal year 2022, telling investors on the Q4 2021 Earnings Call that "*we're planning for a small increase in markdown rates in 2022* as we move past the dramatically low rates we've seen over the last couple of years."" | 100 | **Markdowns** | X | X | | |
| 20 | **Fiddelke** | "Following prepared remarks, the Q4 2021 Earnings Call turned to a question-and-answer portion with stock analysts. In response to an analyst question about Target's efficiency in promotional markdowns, Defendant Fiddelke falsely represented that the Company would only be implementing "*a few more … markdowns*," when, in fact, Defendants knew or recklessly disregarded that Target would have to employ massive markdowns well beyond merely "a few" in order to sell the overstocked quantity of inventory the Company had accumulated:<br><br>The shape of profit for the year will be like we described, where you could expect it to build over the course of the year. *When it comes to markdowns specifically, there's some markdowns that we've been rooting for returning. To be better in stock with stronger inventory levels means a few more clearance markdowns, and we're planning for that outcome in the upcoming year*." | 101 | **Markdowns** | X | X | | |

15