## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RAFAEL E. PEREZ, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

TARGET CORPORATION, BRIAN C. CORNELL, MICHAEL J. FIDDELKE, A. CHRISTINA HENNINGTON, and JOHN J. MULLIGAN,

*Defendants*.

Case No. 0:23-cv-00769-JMB-TNL

## LOCAL RULE 7.1 CERTIFICATE OF
## WORD-COUNT COMPLIANCE

I, Sandra C. Goldstein, hereby certify that Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss Plaintiffs' Amended Complaint complies with Local Rule 7.1(f) and (h), as modified by the text order entered by the Court on February 21, 2024.  (Dkt.80.)

I further certify that, in preparation of this Memorandum, I used Microsoft® Office Word 365 and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 4,761 words, exclusive of the caption, table of contents, table of authorities, and signature block.

Date:  June 14, 2024

Jeffrey P. Justman
MN Bar No. 0390413
FAEGRE DRINKER BIDDLE &
REATH LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
jeff.justman@faegredrinker.com

Sandra Grannum (*pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
sandra.grannum@faegredrinker.com

*Attorneys for Defendants*

Respectfully submitted,

/s/ Sandra C. Goldstein
Sandra C. Goldstein, P.C. (*pro hac vice*)
Alexander J. Rodney (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4779
sandra.goldstein@kirkland.com
alexander.rodney@kirkland.com

2