**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RAFAEL E. PEREZ, individually and on behalf of all others similarly situated,

        *Plaintiffs*,

v.

TARGET CORPORATION, BRIAN C. CORNELL, MICHAEL J. FIDDELKE, A. CHRISTINA HENNINGTON, and JOHN J. MULLIGAN

        *Defendants*.

Case No. 0:23-cv-00769-JMB-TNL

**DECLARATION OF ALEXANDER J. RODNEY**
**IN FURTHER SUPPORT OF DEFENDANTS' MOTION**
**TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Alexander J. Rodney, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner with the law firm of Kirkland & Ellis LLP. My firm represents Defendants Target Corporation, Brian C. Cornell, Michael J. Fiddelke, A. Christina Hennington, and John J. Mulligan (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the Bar of the State of New York. This Court granted my application to appear *pro hac vice* in this action on May 2, 2023. (Dkt.18.)

2. I submit this Declaration in Further Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

3. Attached hereto are true and correct copies of the following exhibits cited in Defendants' briefing in support of their Motion to Dismiss Plaintiffs' Amended Complaint:

| Exhibit | Document |
|---------|----------|
| HH | Excerpt of Walmart Corp., Q1 2023 Quarterly Report (Form 10-Q) (June 3, 2022), https://www.sec.gov/ix?doc=/Archives/edgar/data/0000104169/000010416922000029/wmt-20220430.htm. |
| II | Target Press Release, *Target Corporation Reports First Quarter Earnings* (May 18, 2022), https://corporate.target.com/press/release/2022/05/target-corporation-reports-first-quarter-earnings.[1] |
| JJ | Summary Chart of Brian C. Cornell's Sales Pursuant to Rule 10b5-1 Plans (May 2020 to March 2022), together with corresponding Forms-4 and Rule 10b5-1 Plan (dated September 3, 2021). |
| KK | Summary Chart of Michael J. Fiddelke's Sales Pursuant to Rule 10b5-1 Plans (August 2020 to April 2022), together with corresponding Forms-4 and Rule 10b5-1 Plan (dated March 3, 2022). |
| LL | Summary Chart of A. Christina Hennington's Sales Pursuant to Rule 10b5-1 Plans (August 2020 to November 2021), together with corresponding Forms-4 and Rule 10b5-1 Plan (dated September 29, 2021). |

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed:  New York, New York
June 14, 2024

/s/ Alexander J. Rodney

Alexander J. Rodney (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4779
alexander.rodney@kirkland.com

*Counsel for Defendants*

---

[1] Defendants inadvertently attached a press release titled *Target Corporation Reports First Quarter Earnings* dated May 19, 2021, as Exhibit P in Defendants' Memorandum of Law in Support of Their Motion to Dismiss (Dkt.83). Defendants intended to attach a press release titled *Target Corporation Reports First Quarter Earnings* dated May 18, 2022, attached hereto as Exhibit II.  References to Exhibit P should be read as referring to Exhibit II.