# Exhibit HH

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**
# FORM 10-Q

**(Mark One)**

☒    **Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.**

**For the quarterly period ended April 30, 2022.**

or

☐    **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.**

**For the transition period from _____ to _____.**
**Commission File Number 001-06991**

# WALMART INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **71-0415188** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **702 S.W. 8th Street** | |
| **Bentonville AR** | **72716** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: (479) 273-4000**
**Former name, former address and former fiscal year, if changed since last report: N/A**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.10 per share | WMT | New York Stock Exchange |
| 2.550% Notes Due 2026 | WMT26 | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or such shorter periods that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large Accelerated Filer | ☒ | Accelerated Filer | ☐ |
| Non-Accelerated Filer | ☐ | Smaller Reporting Company | ☐ |
| | | Emerging Growth Company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by a check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

The registrant had 2,741,150,050 shares of common stock outstanding as of June 1, 2022.

Table of Contents

impacts in certain merchandise categories, while transactions were relatively flat. The Walmart U.S. segment's eCommerce sales grew at a slower rate than total comparable sales which negatively contributed approximately 0.4% to comparable sales for the three months ended April 30, 2022.

Gross profit rate decreased 38 basis points for the three months ended April 30, 2022, when compared to the same period in the previous fiscal year, primarily driven by increased supply chain costs and product mix shifts into lower margin categories, partially offset by price management impacts driven by higher cost inflation.

Operating expenses as a percentage of net sales increased 95 basis points for the three months ended April 30, 2022, when compared to the same period in the previous fiscal year, primarily driven by increased wage costs, partially offset by strong sales growth and $0.2 billion of lower incremental COVID-19 costs.

As a result of the factors discussed above, operating income decreased $1.0 billion for the three months ended April 30, 2022, when compared to the same period in the previous fiscal year.

### *Walmart International Segment*

| | | Three Months Ended April 30, | | |
|---|---|---|---|---|
| *(Amounts in millions, except unit counts)* | | **2022** | | **2021** |
| Net sales | $ | 23,763 | $ | 27,300 |
| Percentage change from comparable period | | (13.0)% | | (8.3)% |
| Operating income | $ | 772 | $ | 1,194 |
| Operating income as a percentage of net sales | | 3.2 % | | 4.4 % |
| Unit counts at period end | | 5,250 | | 5,184 |
| Retail square feet at period end | | 277 | | 282 |

Net sales for the Walmart International segment decreased $3.5 billion or 13.0% for the three months ended April 30, 2022, when compared to the same period in the previous fiscal year. The reduction in net sales was due to a $5.0 billion decrease related to the divestiture of our operations in the U.K. and Japan during the first quarter of fiscal 2022, partially offset by positive comparables sales in each of our remaining markets. Net sales for the three months ended April 30, 2022 included negative fluctuations in currency exchange rates of $0.4 billion.

Gross profit rate decreased 108 basis points for the three months ended April 30, 2022, when compared to the same period in the previous fiscal year, primarily driven by higher markdowns and shifts into lower margin formats and channels in China, as well as the impact related to our divested markets.

Operating expenses as a percentage of net sales increased 12 basis points for the three months ended April 30, 2022, when compared to the same period in the previous fiscal year, due to impacts from the divested markets.

As a result of the factors discussed above, operating income decreased $0.4 billion for the three months ended April 30, 2022, when compared to the same period in the previous fiscal year.

### *Sam's Club Segment*

| | | Three Months Ended April 30, | | |
|---|---|---|---|---|
| *(Amounts in millions, except unit counts)* | | **2022** | | **2021** |
| **Including Fuel** | | | | |
| Net sales | $ | 19,621 | $ | 16,692 |
| Percentage change from comparable period | | 17.5 % | | 10.1 % |
| Calendar comparable sales increase | | 17.4 % | | 10.1 % |
| Operating income | $ | 460 | $ | 575 |
| Operating income as a percentage of net sales | | 2.3 % | | 3.4 % |
| Unit counts at period end | | 600 | | 599 |
| Retail square feet at period end | | 80 | | 80 |
| | | | | |
| **Excluding Fuel** [1] | | | | |
| Net sales | $ | 16,532 | $ | 14,937 |
| Percentage change from comparable period | | 10.7 % | | 6.2 % |
| Operating income | $ | 335 | $ | 530 |
| Operating income as a percentage of net sales | | 2.0 % | | 3.5 % |

[1] We believe the "Excluding Fuel" information is useful to investors because it permits investors to understand the effect of the Sam's Club segment's fuel sales on its results of operations, which are impacted by the volatility of fuel prices. Volatility in fuel prices may continue to impact the operating results of the Sam's Club segment in the future.

Net sales for the Sam's Club segment increased $2.9 billion or 17.5% for the three months ended April 30, 2022, when compared to the same period in the previous fiscal year. The increases were primarily due to comparable sales, including fuel, of 17.4% for the three months ended April 30, 2022. Growth in comparable sales benefited from growth in transactions and

21