# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Rafael E. Perez, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>Terry and Diane Van Der Tuuk Living Trust, Target Corporation, Brian C. Cornell, Michael J. Fiddelke, A. Christina Hennington, John J. Mulligan, Gary Schaedel<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 23-cv-769 JMB/TNL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants Target Corporation's, Brian C. Cornell's, Michael J. Fiddelke's, A. Christina Hennington's, and John J. Mulligan's Motion to Dismiss (Doc. No. 81) is GRANTED; and

2. The Amended Complaint (Doc. No. 70) is DISMISSED WITH PREJUDICE.

Date: 11/20/2024                                                                                KATE M. FOGARTY, CLERK